# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PHILIP PREMYSLER,**
Appellant,

v.

**MAGIC LEAP,**
Appellee.

No. 4D22-1227

[March 2, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE-20-008148.

Philip Premysler, Falls Church, Virginia, pro se.

Rocio Blanco Garcia and Aaron Reed of Littler Mendelson, P.C., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***